```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    DAVID M. PORTER, Bar #127024
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Petitioner
    PALIXATH XABANDITH
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  PALIXATH XABANDITH,            )  NO. Civ. S 06-1380 GEB GGH
                                   )
14               Petitioner,       )
                                   )  ORDER GRANTING REQUEST FOR
15       v.                        )  EXTENSION OF TIME TO FILE JOINT
                                   )  SCHEDULING STATEMENT
16  ROY CASTRO, Warden,            )
                                   )
17               Respondent.       )
                                   )
18  _____)
```

Pursuant to the request of petitioner, and good cause appearing therefor, the joint scheduling statement shall be filed on or before September 25, 2006.

Dated: 9/11/06

/s/ Gregory G. Hollows
_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

xaba1380.po