IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PALIXATH XABANDITH,

       Petitioner,                      No. CIV S-06-1380 GEB GGH P

    vs.

ROY CASTRO, Warden,

       Respondent.                <u>ORDER</u>

                                   /

        On December 27, 2006, petitioner filed a request for a 90-day extension of time to file either an amended petition and/or a supplemental memorandum of points and authorities. Petitioner's counsel failed both to file a proposed order in .pdf format and to email a proposed order in wordprocessing format, thus failing to comply with E. D. Local Rule 5-137(b). The court will not consider a request that is not in compliance with the local rules.

        IT IS SO ORDERED.

DATED: 1/4/07                                        /s/ Gregory G. Hollows

                                                      GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
xaba1380.lcr