DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PALIXATH XABANDITH,** | NO. CIV S-06-1380 GEB GGH P |
| Petitioner, | |
| v. | **ORDER** |
| **ROY CASTRO, Warden,** | |
| Respondent. | |

Good cause appearing, petitioner is given to and including March 27, 2007 to file either an amended petition and any other necessary motions or a statement indicating he will stand on the petition as filed.

Dated: 1/8/07

/s/ Gregory G. Hollows
United States Magistrate Judge

xaba1380.po3