IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PALIXATH XABANDITH,

       Petitioner,                     No. CIV S-06-1380 GEB GGH P

    vs.

ROY CASTRO, Warden,

       Respondent.               <u>ORDER</u>

_____/

        On March 27, 2007, petitioner filed a request for a second extension of time to file either an amended petition and/or a supplemental memorandum of points and authorities. Although petitioner's counsel did file a proposed order in .pdf format on this occasion, this is the second time the court has had to direct counsel's attention to the requirements of E. D. Local Rule 5-137(b), which requires that a proposed order must be emailed via wordprocessing format as well. Any failure to comply with the local rules in future will result in the court's simply denying a non-compliant request. On this occasion, petitioner is directed to submit a proposed order via email forthwith.

        IT IS SO ORDERED.

DATED: 4/18/07                                    /s/ Gregory G. Hollows

                                                       GREGORY G. HOLLOWS
                                                       UNITED STATES MAGISTRATE JUDGE

GGH:009
xaba1380.lcr(2)