DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**PALIXATH XABANDITH,**      )   NO. CIV S-06-1380 GEB GGH P
                             )
           Petitioner,     )
                             )   **ORDER**
   v.                        )
                             )
**ROY CASTRO, Warden,**       )
                             )
           Respondent.     )
_____      )

    Good cause appearing, petitioner is given to and including May 26, 2007 to file either an amended petition and any other necessary motions or a statement indicating he will stand on the petition as filed.

Dated: 4/23/07

                                                      /s/ Gregory G. Hollows
                                             _____
                                             United States Magistrate Judge

xaba1380.eot