1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MONICA KNOX, Bar #84555
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorneys for Petitioner
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   **PALIXATH XABANDITH,**          )   NO. CIV S-06-1380 GEB GGH P
                                       )
13              Petitioner,            )
                                       )   **ORDER**
14       v.                            )
                                       )
15   **ROY CASTRO, Warden,**           )
                                       )
16              Respondent.            )
                                       )
17   _____  )

18
         Good cause appearing, petitioner is given to and including July 29, 2007 to file
19
    either an amended petition and any other necessary motions or a statement indicating he
20
    will stand on the petition as filed.  There will be no further extension.
21

22
    Dated: 6/1/07
23
                                        /s/ Gregory G. Hollows
24
                                        U.S. Magistrate Judge
25   xaba1380.eot3

26

27

28