IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PALIXATH XABANDITH,

    Petitioner,               No. CIV-S-06-1380 GEB GGH P

    vs.

ROY CASTRO, Warden,

    Respondent.          ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed September 26, 2006, respondent was ordered to file an answer within thirty days after the amended petition was filed OR within thirty days of petitioner electing to stand on his original petition. On July 30, 2007, petitioner gave notice that he will stand on the petition filed June 5, 2006; therefore, the answer was due August 30, 2007.  Respondent has not filed an answer to the petition or a motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that within five days from the date of this order respondent shall file and serve an answer to the petition for writ of habeas corpus or a motion to

\\\\\

\\\\\

\\\\\

1

dismiss and shall show cause in writing why sanctions should not be imposed for the failure to file the answer or motion to dismiss timely.

DATED: 10/23/07

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:035
xaba1380.102