1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **PALIXATH XABANDITH,**                          CIV S-06-1380 GEB GGH P

12                                      Petitioner,    **ORDER**

13           **v.**

14   **ROY CASTRO,**

15                                      Respondent.

16

17          GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive

18   pleading be filed on or before November 26, 2007.

19   Dated: 10/31/07
                                          /s/ Gregory G. Hollows
20                                        U.S. Magistrate Judge

21   xaba1380.po4

22

23

24

25

26

27

28

[Proposed] Order