DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PALIXATH XABANDITH,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **ROY CASTRO, Warden,** ) <br> ) <br> Respondent. ) <br> _____ ) | NO. CIV S-06-1380 GEB GGH P <br><br> **ORDER** |

Claim 8 (alleging a due process violation when the trial court admitted evidence of petitioner's brother gang affiliation and prior arrest for possession of a gun) has been voluntarily dismissed by petitioner from the pending petition, rendering moot the motion to dismiss for failure to exhaust that claim. The motion to dismiss, filed on 11/05/07, is therefore VACATED and respondent must file an answer as to the remaining claims within thirty days. Thereafter, petitioner will have thirty days to file a reply/traverse.

IT IS SO ORDERED.

Dated: 01/28/08                    /s/ Gregory G. Hollows
                                              United States Magistrate Judge
xaba1380.rsp