IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PALIXATH XABANDITH,** | 2:06-cv-1380 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **ROY CASTRO,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for an enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on March 21, 2008. No further extension.

Dated: 03/04/08                    /s/ Gregory G. Hollows
                                   U.S. MAGISTRATE JUDGE

xaba1380.eot

[Proposed] Order

1